UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                                    Case No.  16-21474-BKC-EPK

                                                                              Chapter 7

RAY A. EDGEWORTH and
PEGGY W. EDGEWORTH,

      Debtors.
_____/

**TRUSTEE'S SECOND MOTION TO EXTEND TIME
TO OBJECT TO DEBTORS' CLAIMED EXEMPTIONS**

NICOLE TESTA MEHDIPOUR, Chapter 7 Trustee ("Trustee"), of the Bankruptcy Estate of Ray A. Edgeworth and Peggy W. Edgeworth ("Debtors"), by and through undersigned counsel and pursuant to Federal Rules of Bankruptcy Procedure 4003(b) and 9006(b)(3), files this *Second Motion to Extend Time to Object to Debtors' Claimed Exemptions* (the "Extension Motion"), and in support thereof, states as follows:

**Procedural History**

1.    On August 20, 2016, Debtors commenced this bankruptcy case by filing a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code [ECF No. 1]. Trustee Mehdipour is the duly appointed and acting Chapter 7 Trustee for the Debtors' bankruptcy estate [ECF No. 2].

2.    Thereafter, the Clerk served a Notice of Meeting of Creditors [ECF No. 2] advising that the deadline to object to the Debtors' claimed exemptions was 30 days after the conclusion of the Meeting of Creditors, which was held and concluded on September 22, 2016. Accordingly, the deadline for objecting to Debtors' claimed exemption was originally set for October 24, 2016 ("Exemption Deadline").

3. On October 21, 2016, the Trustee filed *Trustee's Agreed Ex Parte Motion to Extend Time to Object to Debtors' Claimed Exemptions and to Object to Debtors' Discharge* [ECF No. 27] seeking additional time for the Trustee to review Debtors' assets and financial affairs and engage counsel ("First Extension Motion").

4. On October 25, 2016, the Court granted the First Extension Motion extending the Exemption Deadline to November 23, 2016 [ECF No. 28].

5. The Trustee has continued to review Debtors' assets and financial affairs and has just recently engaged counsel. In an effort to finalize the review of Debtors' assets and financial affairs and to allow counsel an adequate opportunity review the file, and examine the Debtors, the Trustee seeks an extension of the Exemption Deadline, through and including December 21, 2016.

**Relief Requested**

6. The Trustee requires a short extension of the Exemption Deadline of less than 30-days in order to allow the Trustee and her recently engaged counsel to complete the investigation as to whether there is a basis to object to certain claimed exemption, including setting the Debtor for a 2004 Examination.

7. Pursuant to Fed. R. Bankr. P. 4003(b)(1), the Court may, for cause, extend the statutory deadline to object to claimed exemptions.

8. Accordingly, for good cause, the Trustee therefore respectfully requests that the Court extend the Exemption Deadline through and including December 21, 2016, without prejudice to request further extensions.

9. This request is made in good faith and is not made for purposes of delay and no party will be prejudiced or unduly burdened by this extension.

10. Counsel for the Trustee has conferred with Debtors' counsel prior to filing this Motion, who does not agree to the relief requested despite Counsel for the Trustee just entering the case and seeking a modest extension of less than 30 days.

**WHEREFORE**, the Trustee, NICOLE TESTA MEHDIPOUR, respectfully requests that the Court enter an order grating this Extension Motion, substantially in the form attached hereto as **Exhibit "A"**, extending the deadlines for Trustee to object to any exemptions claimed by the Debtor through and including December 21, 2016, and for such further relief as this Court deems just and proper.

Dated this  23rd  day of November, 2016.

    Respectfully submitted,

    **TRIPP SCOTT, P.A.**
    *Proposed Counsel for Trustee*
    110 Southeast Sixth Street
    Fifteenth Floor
    Fort Lauderdale, Florida 33301
    Telephone:    (954) 525-7500
    Facsimile:    (954) 761-8475

    By: /s/  *Kristopher E. Aungst*
        Kristopher E. Aungst, Esq.
        Florida Bar No.0055348
        kea@trippscott.com
        Michael C. Foster, Esq.
        Florida Bar No. 0042765
        mcf@trippscott.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 23, 2016, I filed the foregoing with the Court via the CM/ECF system which sent notification to all parties of interest entitled to notice as indicated on the attached service list, and that a true copy hereof was sent on November 23, 2016 by U.S. First Class mail to all parties entitled to notice as indicated on the attached service list.

        By:    /s/ *Kristopher E. Aungst*
                  Kristopher E. Aungst
                  Florida Bar No. 0055348

## SERVICE LIST

Nicole Testa Mehdipour
Trustee@ntmlawfirm.com,
TRUSTEE_CMECF_Service@ntmlawfirm.com; FL80@ecfcbis.com;ntm@trustesolutions.net;
cm_ecf@mehdipourtrustee.com; bcasey@mehdipourtrustee.com; BCasey@ntmlawfirm.com

Sean M Murray, Esq on behalf of Debtor Ray A. Edgeworth
smurray1710@comcast.net

Sean M Murray, Esq on behalf of Joint Debtor Peggy W. Edgeworth
smurray1710@comcast.net

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov ecf@ch13weiner.com ecf2@ch13weiner.com