**ORDERED in the Southern District of Florida on March 22, 2017.**

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT FLORIDA
www.flsb.uscourts.gov

In re:

| | |
|---|---|
| RAY A. EDGEWORTH<br>and PEGGY W. EDGEWORTH, | Case No.: 16-21474-EPK<br>Chapter 7 |

Debtors.
_______________________________/

**AGREED ORDER GRANTING**
**MOTION to CONTINUE EVIDENTIARY HEARING**

THIS MATTER came before the Court upon the Agreed Motion to Continue Evidentiary Hearing [DE # 62], the Motion having recited the agreement of all parties, and the Court being otherwise fully advised, it is ORDERED:

1. That the Motion is GRANTED.

2. The evidentiary hearing scheduled for March 24, 2017 on Creditor Res-Ga Eleven, LLC's Objection to Debtors' Claimed Exemptions [ECF #31] is hereby continued to

May 18, 2017 at 9:30 am at 1515 North Flagler Drive, 8th Floor, Courtroom B, West Palm Beach, Florida 33401.

3. All deadlines stated in this Court's Order Setting Deadlines and Evidentiary Hearing in Contested Matter [DE# 54] are hereby modified consistent with the new date for evidentiary hearing ordered herein.

# # #

Submitted by:

Norman L. Schroeder, II, P.A.
6803 Lake Worth Road, Suite 306
Lake Worth, Florida 33467
561-642-8884
Email: nschroeder@nlsbankruptcy.com

The Movant shall serve a conformed copy of this Order on all appropriate parties and file a certificate of service thereof pursuant to Local Rules.