**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In re:

Case No. 16-21474-EPK

RAY A. EDGEWORTH
PEGGY W. EDGEWORTH,

Chapter 7

Debtor.
____________________________________/

## MOTION FOR PROTECTIVE ORDER

RES-GA ELEVEN, LLC ("**RES-GA**") by undersigned counsel, files this Motion for Protective Order as to the Debtor's Notice of Taking Deposition of Marcus Schmitz [ECF No. 69], as follows:

1. On May 2, 2017, Debtor unilaterally set the deposition of Marcus Schmitz, the individual who signed the Debtor's First Set of Interrogatories on behalf of RES-GA [ECF No. 69].

2. Mr. Schmitz has no personal knowledge of any facts that will lead to the discovery of admissible evidence.

3. RES-GA is not calling Mr. Schmitz to testify at the evidentiary hearing currently scheduled for May 18, 2017.

4. RES-GA is only calling the Debtor, Ray Edgeworth, to testify at the evidentiary hearing currently scheduled for May 18, 2017.

5. Neither RES-GA nor Multibank 2009-1 RES-ADC Venture, LLC ("**Multibank**") were the original lender regarding the underlying loan.

6. On or about August 25, 2005, PR Custom Homes, Inc. ("**PR**") executed promissory notes (the "**PR Notes**") in favor of Integrity Bank in the principal amount of $1,178,000.00 and

$416,000.00 (the "**PR Loan**"), copies of which are attached to the Objection to Exemptions [ECF No. 31] as Composite Exhibit "A". On August 25, 2005, the Debtors executed a Guaranty for the PR Loan (the "**Guaranty**), a copy of which is attached to the Objection to Exemptions [ECF No. 31] as Exhibit "B". On November 17, 2008, the FDIC as Receiver of Integrity Bank (the "**FDIC**") sent a demand letter to Ray as a result of PR's failure to timely make payments and demanded payment on the Guaranties (the "**Demand Letter**"), a copy of which is attached to the Objection to Exemptions [ECF No. 31] as Exhibit "C". On February 9, 2010, the FDIC executed an Allonge and Omnibus Assignment for each of the PR Notes and the Guaranty in favor of Multibank, copies of which are attached to the Objection to Exemptions [ECF No. 31] as Composite Exhibit "D". Multibank there after assigned its interest in the loan to RES-GA, a special purpose entity affiliated with Multibank.

7. Undersigned has informed Debtor's counsel of the all of the aforementioned.

8. The parties are trying to resolve the issues and undersigned has suggested ways in which to avoid the deposition, which will be pointless and a waste of time and money.

9. However, to date no resolution has been reached.

10. RES-GA maintains that Marcus Schmitz will not be able to testify to any facts that will lead to the discovery of admissible evidence and Debtor's scheduling of his deposition has been done for the purpose of harassment and needlessly increasing the cost of litigation.

11. Undersigned certifies that a good faith effort to resolve this matter has been attempted prior to the filing of this motion.

**WHEREFORE**, RES-GA respectfully requests the entry of a protective order as to the Debtor's notice of taking deposition of Marcus Schmitz and for such other appropriate relief.

Dated: May 6, 2017

**LAW OFFICE OF MARK S. ROHER, P.A.**
*Counsel for RES-GA ELEVEN, LLC*
102 N.E. Third Ave., Suite 1518
Fort Lauderdale, Florida 33301
Email: mroher@markroherlaw.com
Telephone: (954) 353-2200
Facsimile: (954) 724-5047

By: */s/ Mark S. Roher*
Mark S. Roher
Florida Bar No. 178098

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of May, 2017, a true and correct copy of the foregoing was served by CM/ECF on all parties listed below.

/s/ *Mark S. Roher*
Mark S. Roher

Kristopher Aungst, Esq. on behalf of Trustee Nicole Testa Mehdipour
service@trippscott.com, kea@trippscott.com;lxc@trippscott.com

Michael Foster on behalf of Trustee Nicole Testa Mehdipour
service@trippscott.com, mcf@trippscott.com;lxc@trippscott.com

Nicole Testa Mehdipour
Trustee@ntmlawfirm.com,
TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;cm_ecf@mehdipourtrustee.com;bcasey@mehdipourtrustee.com;BCasey@ntmlawfirm.com

Sean M Murray, Esq on behalf of Debtor Ray A. Edgeworth
smurray1710@comcast.net

Sean M Murray, Esq on behalf of Joint Debtor Peggy W. Edgeworth
smurray1710@comcast.net

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Norman L. Schroeder II, Esq. on behalf of Debtor Ray A. Edgeworth and Joint Debtor Peggy W. Edgeworth
nschroeder@nlsbankruptcy.com, mnewman@nlsbankruptcy.com;dfinegold@nlsbankruptcy.com